# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **JOSEPH GREEN,** )<br>)<br>    **Plaintiff,** )<br>)<br>    vs. )<br>)<br>**MERCEDES-BENZ U.S.** )<br>**INTERNATIONAL, INC.,** )<br>)<br>    **Defendant.** ) | **Case Number:  2:09-CV-2444-SLB** |

## MEMORANDUM OPINION

This case is presently pending before the court on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice.  (Doc. 35.)  "When employees bring a private action for back wages under the FLSA, and present the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).

The court has reviewed the parties' Confidential Release and Settlement Agreement, as well as the record in this case.  The court finds that the parties' settlement represents a fair and reasonable compromise over bona fide disputed issues, including the amount, if any, of uncompensated overtime work and defendant's good faith.  Therefore, the court approves the settlement.

An Order granting the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice will be entered contemporaneously with this Memorandum Opinion.

**DONE**, this 27th day of December, 2011.

_Sharon Lovelace Blackburn_
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE